**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| Jordion Bell, )<br>)<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>)<br>Combe Incorporated, et al. )<br>)<br>Defendant(s). ) | Case No. 4:19-cv-00108 UNA |

# ORDER

The above styled and numbered case was filed on January 25, 2019 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Abbie Crites-Leoni, United States Magistrate Judge, under cause number 1:19-cv-00016 ACL.

**IT IS FURTHER ORDERED** that cause number 4:19-cv-000108 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: <u>January 28, 2019</u>     By: <u>Jason W. Dockery</u>
                                       Case Initiation Team Leader

**In all future documents filed with the Court, please use the following case number 1:19-cv-00016 ACL.**